# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS2 | E1725583 | MP MORGAN | 4541 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 01/29/2024/2103
Offense Charged: State Code — CVC 4000 A

Place of Offense: BLDG 20841

Offense Description; Factual Basis for Charge:
CVC 4000(A) EXPIRED REGISTRATION 6/23

### DEFENDANT INFORMATION

Last Name: ADKINSON
First Name: ALIZE
M.I.: M

Tag No: 9BNC892  State: CA  Year: 17  Make/Model: CHEVY/CRUZ  Color: BLK

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ____ Forfeiture Amount
+ $30 Processing Fee
$ ____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 WEST BROADWAY SAN DIEGO CA 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1725583*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 29 JAN, 2024 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

I CONDUCTED A TRAFIC STOP AT BLDG 20841 FOR EXPIRED REGISTRATION WHICH WAS CONFIRMED VIA DISPATCH.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/29/2024
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license, CMV = Commercial vehicle involved in incident